UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeff Seipel and Tom Vevea, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady and Keith Kramer, as Trustees of the Minnesota Laborers Vacation Fund; Tom Vevea and Gary Reed, as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Ronald Thornburg and Chris Born, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,<br><br>      Plaintiffs,<br><br>vs.<br><br>EnviroTech Remediation Services, Inc.,<br><br>      Defendant. | Civil File No. 09-0091 PAM/JJG<br><br><br><br><br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of the parties (Docket No. 6), this matter is hereby dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 18, 2009

                                                    s/Paul A. Magnuson
                                                  Paul A. Magnuson
                                                  United States District Court Judge